# EXHIBITS 1 - 4

# eCourts

- Attorney Registration
- Registered In-House Counsel Search
- In-House Counsel Registration
- Resources
- E-Courts
- Contact Us

## Attorney Search

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

**Required Fields:**

First Name: jerold

Middle Name: d

Last Name: jacobson

**Sort by:**

| City | Registration Number |
| Last Name | Registration Status |
| State | Year Admitted |

**Search Results: 1 Returned**

Click on the attorney's name below to view additional details, including business address, phone number and disciplinary history (if any).

| | Attorney Name | Registration Number | City | State | Year Admitted | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|---|
| 1 | JEROLD DENNIS JACOBSON | 1368307 | NEW YORK | NY | 1966 | Due to reregister within 30 days of birthday | |

Search Again

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or email attyreg@nycourts.gov.



# COURTS

**Attorney Search**

- Attorney Search
- Attorney Registration
- Registered In-House Counsel Search
- In-House Counsel Registration
- Resources
- E-Courts
- Contact Us

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

**Required Fields:**

First Name: jerold

Middle Name:

Last Name: jacobson

**Sort by:**

| City | Registration Number |
| Last Name | Registration Status |
| State | Year Admitted |

**Search Results: 1 Returned**

Click on the attorney's name below to view additional details, including business address, phone number and disciplinary history (if any).

| | Attorney Name | Registration Number | City | State | Year Admitted | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|---|
| 1 | JEROLD DENNIS JACOBSON | 1368307 | NEW YORK | NY | 1966 | Due to reregister within 30 days of birthday | |

Search Again

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or email attyreg@nycourts.gov.

www.NYCOURTS.gov



# Courts

- Attorney Search
- Attorney Registration
- Registered In-House Counsel Search
- In-House Counsel Registration
- Resources
- E-Courts
- Contact Us

## Attorney Search

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

**Required Fields:**

First Name: jerold

Middle Name:

Last Name: jacobson

**Sort by:**
- City
- Last Name
- State
- Registration Number
- Registration Status
- Year Admitted

**Search Results: 1 Returned**

**Click on the attorney's name below to view additional details, including business address, phone number and disciplinary history (if any).**

| | Attorney Name | Registration Number | City | State | Year Admitted | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|---|
| 1 | JEROLD DENNIS JACOBSON | 1368307 | NEW YORK | NY | 1966 | Due to reregister within 30 days of birthday | |

Search Again

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or email attyreg@nycourts.gov.



# Courts

- Attorney Search
- Attorney Registration
- Registered In-House Counsel Search
- In-House Counsel Registration
- Resources
- E-Courts
- Contact Us

## Attorney Search

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

**Required Fields:**

First Name: Jerold

Middle Name:

Last Name: Jacobson

**Sort by:**
- City
- Last Name
- State
- Registration Number
- Registration Status
- Year Admitted

**Search Results: 1 Returned**

Click on the attorney's name below to view additional details, including business address, phone number and disciplinary history (if any).

| | Attorney Name | Registration Number | City | State | Year Admitted | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|---|
| 1 | JEROLD DENNIS JACOBSON | 1368307 | NEW YORK | NY | 1966 | Due to reregister within 30 days of birthday | |

Search Again

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or email attyreg@nycourts.gov.

www.NYCOURTS.gov

# New York State Unified Court System

## E-Courts

- Attorney Registration
- Registered In-House Counsel Search
- In-House Counsel Registration
- Resources
- E-Courts
- Contact Us

## Attorney Search

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

**Required Fields:**

First Name: keisha-ann

Middle Name:

Last Name: gray

**Sort by:**

| City | Registration Number |
| Last Name | Registration Status |
| State | Year Admitted |

**Search Results: 1 Returned**

Click on the attorney's name below to view additional details, including business address, phone number and disciplinary history (if any).

| | Attorney Name | Registration Number | City | State | Year Admitted | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|---|
| 1 | KEISHA-ANN GRACE GRAY | 3053642 | NEW YORK | NY | 2000 | Due to reregister within 30 days of birthday | |

Search Again

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration. Attorney Registration Unit at 212-428-2800 or email attyreg@nycourts.gov.

3/3/2017                                               Attorney Directory - Attorney Search

# COURTS

**Attorney Search**
**Attorney Registration**
**Registered In-House Counsel Search**
**In-House Counsel Registration**
**Resources**
**E-Courts**
**Contact Us**

## Attorney Search

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

**Required Fields:**

First Name: keisha

Middle Name:

Last Name: gray

**Sort by:**
   City                                     Registration Number
 * Last Name                                Registration Status
   State                                    Year Admitted

**Search Results: 1 Returned**

Click on the attorney's name below to view additional details, including business address, phone number and disciplinary history (if any).

| | Attorney Name | Registration Number | City | State | Year Admitted | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|---|
| 1 | KEISHA-ANN GRACE GRAY | 3053642 | NEW YORK | NY | 2000 | Due to reregister within 30 days of birthday | |

Search Again

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or email attyreg@nycourts.gov.

www.NYCOURTS.gov

**Lexis at Proskauer**  Wednesday, January 25, 2017 11:03 AM

From: "DiCosimo  Maria (LNG-HBE)" <Maria.Dicosimo@lexisnexis.com>
To: "Tomjm2@yahoo.com" <Tomjm2@yahoo.com>

Hi Tom. Keisha-Ann Gray asked me to contact you to set up a brief overview and/or training of LexisNexis resources available that may be helpful. I am typically at the firm every Wednesday morning (today). If you have time this morning between 11am – 1pm and can meet please let me know. Otherwise we can schedule in the next week or so. Thanks!

Maria DiCosimo
LexisNexis-Solutions Consultant
212-309-8164
LexisNexis Research Hotline: 1.800.433.8416
maria.dicosimo@lexisnexis.com

**Lexis Advance**
www.advance.lexis.com

Download iPad app »
Download iPhone app »
Access mobile site »

# JBFCS 2013 Spring Benefit New York

May 29, 2013 by media source || Leave Comment || No Comments



Jerold D. Jacobson, Jean Shaffroff, Mayor Michael Bloomberg, Paul Levine ©Annie Watt

The Jewish Board of Family and Children's Services (JBFCS) celebrated its 2013 Spring Benefit honoring Seymour R. Askin, *JBFCS Honorary Chair of the Board*, Jerold D. Jacobson, *Proskauer, Partner*, Jean Shaffroff, *JBFCS Board Member* and Paul Levine, *JBFCS Executive VP & CEO* at New York City's Plaza Hotel. Melissa Russo, *WNBC news anchor*, served as master of ceremonies.

The evening began with a flourish, as New York City Mayor Michael Bloomberg attended the cocktail hour to address the crowd and thank JBFCS, noting that "you can't do it alone" and that the work of JBFCS is a necessity for the city to help its residents in need. At the conclusion of the cocktail hour, the attendees moved upstairs where Melissa Russo introduced **Tony Mann**, the president of the Board of Trustees. Mr. Mann announced to the 375 attendees that some $1.3 million dollars had been raised for the organization.



Mayor Michael Bloomberg ©Patrick McMullan



Rivel

— Ray Troubh, Tony Mann, Jerold D Jacobson, Jean Shafiroff, Mayor Michael Bloomberg, Paul Levine, David Rivel, Melissa Russo ©Annie Watt

Jacobson

After **Fred Yerman** blessed the bread, **Paul Levine**, executive vice president of JBFCS, was introduced by **John Heermann**, the former president of the Board of JBFCS. Outgoing VP and CEO Levine reflected upon his time with JBFCS and concluded by thanking everyone involved with the organization and the leadership under which he served.



— Tony Mann, Jean Shafiroff, Joyce Cowin, Jerold D Jacobson, Seymour R. Askin, Jr., Paul Levine, Jean Troubh, Michael Album ©James Edstrom

Chair of the Board **Jean Troubh** then introduced honoree **Seymour R. Askin, Jr.** who outlined his detailed past with Big Brothers, the Jewish Board of Guardians, and JBFCS, working with those in need. He said his mother taught him that "people who are able to live well have an obligation to pay it back in some way." **Jerald D. Jacobson**, the next to be honored, spoke about his four decades spent as counsel for JBFCS and the experience of working with four generations of leadership in the organization.

**Jean Shafiroff**, the final honoree of the evening, was then introduced by **Joyce Cowin**. Jean, in attendance with her husband, **Martin**, and daughter **Elizabeth**, noted with genuine modesty that the actual heroes are the staff, the volunteers and the thousands of individuals that JBFCS helps and houses